UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AUTUMN PREGIZER,

     Plaintiff(s),

v.

MYMICHIGAN HEALTH, et al.,

     Defendant(s).

Case No. 25-cv-11374

Honorable Robert J. White

## QUALIFIED PROTECTIVE ORDER

This Qualified Protective Order is issued pursuant to the Health Insurance Portability and Accountability Act (HIPAA), 42 U.S.C. § 1320d, et seq and the administrative regulations promulgated under HIPAA, including 45 C.F.R. § 164.512.

IT IS ORDERED, pursuant to this Order, Kimberly Ann Washburn's treating health care providers may disclose her protected health information, including copies of her medical records, to Defense Counsel for the purposes of the above-captioned litigation.

IT IS FURTHER ORDERED Defense Counsel, on behalf of Defendants, is permitted to conduct ex parte meetings with Kimberly Ann Washburn's treating health care providers, without prior notice to Plaintiff, without the presence of

Plaintiff's counsel at the meetings, and without providing Plaintiff's counsel with a report of said meetings.

IT IS FURTHER ORDERED Defense Counsel will provide a copy of this Qualified Protective Order to any treating health care provider with whom Defense Counsel meets and/or from whom Defense Counsel requests unredacted medical records.

IT IS FURTHER ORDERED Defense Counsel will identify themselves to the treating health care provider as counsel for Defendants in a lawsuit brought on behalf of Kimberly Ann Washburn. The treating provider will be informed he or she is not required to meet with Defense Counsel to discuss the care and treatment of Kimberly Ann Washburn. The treating provider will also be informed of the right to have his or her own counsel present at any meeting discussing the care and treatment of Kimberly Ann Washburn.

IT IS FURTHER ORDERED, pursuant to HIPAA, 42 U.S.C. § 1320d, et seq, Defendants and Defense Counsel may not use or disclose Kimberly Ann Washburn's protected health information for any purpose unrelated to the present litigation. At conclusion of this case, to the extent physical evidence (either hardcopy or electronic form) containing protected information is disclosed, such information must be returned or destroyed by Defense Counsel.

SO ORDERED.


Dated: March 13, 2026                      s/Robert J. White
                                           Robert J. White
                                           United States District Judge




**STIPULATED TO:**


Date: March 9, 2026                   By:   */S/ Tyler J. Anderson*

                                           Tyler Anderson (P82701)
                                           Melissa R. Charbonneau (P87862)
                                           SMITH HAUGHEY RICE & ROEGGE
                                           Attorneys for Defendants




Date: March 9, 2026                   By:   */S/ Leanne Pregizer (w/permission)*

                                           Albert J. Dib (P32497)
                                           Leanne Pregizer (P83777)

                                           JEFFERSON LAW CENTER

                                           Attorneys for Plaintiff


3